UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-19098 |
| Nancy Jane White, | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:                  May 10, 2012

Period for Which
Compensation is sought:      May 10, 2012 to Close of Case

Amount of Fees sought:       $2,002.83

Amount of Expense
Reimbursement sought:          $0.00

This is an:    Interim Application __        Final Application  _X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated:  April 23, 2013                    Elizabeth C. Berg, Trustee of the Estate of
                                          Nancy Jane White, Debtor


                                          By:     /s/Elizabeth C. Berg, Trustee
                                                  Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Jane White, | ) | Case No. 12-19098 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Nancy Jane White, ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,002.83 as final compensation for services rendered as trustee in this case from May 10, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. On May 10, 2012, the Debtor filed a voluntary petition under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's asset consisted of a fifty percent interest in a boat described as a 1989-37 foot Silverton Yacht with motor ("Boat").

4. The Boat was owned jointly with the Debtor's ex-husband. Prior to the commencement of this case, the Debtor's ex-husband filed for bankruptcy protection in the Central District of Illinois ("Spouse's Case") and his bankruptcy trustee was Mr. J. Inghram.

5. The bar date for filing claims in this case was January 8, 2013.

**Prior Compensation**

6.    This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

7.    Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

8.    Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.    Trustee reviewed and analyzed the schedules of assets and liabilities and statements of financial affairs; Trustee conducted a Section 341 meeting of creditors of the Debtor;

B.    Trustee investigated the value to the Debtor's personal property and the Estate's interest in the Boat; Trustee ensured that the Estate's interest in the Boat was properly secured and protected; Trustee communicated with the trustee for the Spouse's Case and worked with said trustee to ensure that the best possible circumstances for the sale of the jointly owned Boat were achieved; Trustee directed her attorneys to obtain court approval to retain a broker to sell the Boat; upon receiving Court approval for the retention, Trustee worked with the Boat broker to procure an offer for the sale of the Boat; upon receiving an acceptable offer, Trustee directed her attorneys to obtain court approval for the sale of the Boat for the total purchase price of $25,000.00; the Court approved the sale of the Boat on September 13, 2012; thereafter, Trustee verified the claims against the Boat (and the division of said claims between the Estate and the Spouse's Case) including storage lien claims against the Boat and post-

petition insurance premiums paid to protect the Estate's interest in the Boat; Trustee ensured that all documents were prepared and executed and all conditions precedent were met to transfer title of the Boat; as a result of the foregoing, the Estate recovered gross proceeds of $12,500.00, representing the Debtor's 50% interest in the Boat, for the benefit of the Estate;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate to the extent such claims would receive a distribution;

F. Trustee attended to tax matters including consulting with an accountant to determine the necessity for preparing Estate tax returns; ultimately, Trustee determined no Estate tax returns were necessary to be filed; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

9. Trustee has collected the sum of $12,528.30 on behalf of the Estate. Trustee has made $2,968.15 in disbursements in this case as of the date hereof.

10. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

11. During the period covered by this Application, Trustee spent 25.60 hours rendering services on behalf of this Estate with a value of $5,499.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

12. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $2,002.83 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $7,528.30 | $752.83 |
| Total allowable compensation | $2,002.83 |

13. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $2,002.83. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 12 above.

14. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtor.

15. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

17. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Nancy Jean White requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $2,002.83 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from May 10, 2012 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated:  April 2, 2013         Elizabeth C. Berg, as trustee of the estate of
                              Nancy Jane White, debtor


                              By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                        Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Trustee's Itemized Billing Statements**

Exhibit A

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

March 28, 2013
Invoice No:   02183

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *White, Nancy - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/31/2012 | ECB | Review petition and schedules (.2); Review CarMax fro Mercedes (.1) Review correspondence from D's counsel re status of boat (.1) Review boat appraisal (.1) Confer with JMM re additional investigation and need to contact marina (.2) | 0.70<br>$300.00/ hr | $210.00 |
| 7/31/2012 | JMM | Review Schedules & Letter sent by Debtor's Counsel (.2), Consult w/ ECB re: Boat, Vehicle, Divorce (.6) | 0.80<br>$125.00/ hr | $100.00 |
| 7/31/2012 | JMM | Telephone call to Barry @ Southport Marina re: Liens & Storage Fees, Brokerage Fees, Selling Procedure | 0.30<br>$125.00/ hr | $37.50 |
| 8/06/2012 | ECB | Confer with assistant re status of inquiries on listing boat (.2) Telephone call to office of bk trustee for Debtor's ex-husband (.1) Correspondence to bk trustee for debtor's ex-husband re sale of boat (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 8/06/2012 | JMM | Draft email to Craig at Marina re: Sale of Boat | 0.60<br>$125.00/ hr | $75.00 |
| 8/08/2012 | ECB | Research boat brokers in Kenosha area (.2) TC with prospective boat broker, Craig Duchow of Centerpointe Yacht Services, re retention as broker for estate and | 0.80<br>$300.00/ hr | $240.00 |

**Baldi Berg & Wallace, Ltd**  3/28/2013

White, Nancy - Trustee                    Page    2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | bankruptcy sale procedures (.3) Email to Duchow re same (.3) | | |
| 8/08/2012 | ECB | Email exchanges with TR Jim Inghram regarding potential values in jointly owned vehicles and status of bk estate for Debtor's ex-husband | 0.30 $300.00/ hr | $90.00 |
| 8/08/2012 | ECB | Email to TR Jim Inghram re joint sale of boat owned by debtor and her ex-wife and proposed broker for same | 0.20 $300.00/ hr | $60.00 |
| 8/08/2012 | ECB | Email accountant re tax consequences of sale of boat | 0.10 $300.00/ hr | $30.00 |
| 8/08/2012 | JMM | Confer w/ ECB re: sale of boat (.2), Telephone call to Craig at Centerpointe Yacht Services re: sale of boat (.3), Telephone call to Debtors Atty re: request of title, keys, any original purchase documents and Divorce Decree (.2) | 0.70 $125.00/ hr | $87.50 |
| 8/09/2012 | ECB | Teleconference with debtors' counsel re status of divorce case | 0.10 $300.00/ hr | $30.00 |
| 8/09/2012 | ECB | Correspondence to Boat Broker regarding listing of boat and retention as broker | 0.30 $300.00/ hr | $90.00 |
| 8/09/2012 | JMM | Telephone call from Heather at Brodys Office re: Requests for keys, title & Honda Odyssey (.2), Telephone call to Heather re: Divorce, Debtor's ex-husband (.2) | 0.40 $125.00/ hr | $50.00 |
| 8/09/2012 | JMM | Research how to obtain boat title from US Coast Guard | 0.20 $125.00/ hr | $25.00 |
| 8/16/2012 | JMM | Telephone call to Tracy @ US Coast Guard re: Obtaining Title of Boat | 0.30 $125.00/ hr | $37.50 |
| 8/28/2012 | ECB | Review and execute revised offer (.1) Email to co-owner, TR for husband, re final terms of deal and forward contract, rider for same (.2) | 0.30 $300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**                                                3/28/2013

White, Nancy - Trustee                                                     Page   3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/28/2012 | ECB | Teleconference with broker re method of title transfer for documented vessels and need to obtain abstract from Coast Guard (.2) Email to trustee and counsel in debtor's husband case re status of negotiations (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 8/29/2012 | ECB | Email TR Jim Inghram re insurance coverage on boat (.1) Telephone call with Molly at Southport Marina re additional storage costs and boat condition (.2) | 0.30<br>$300.00/ hr | $90.00 |
| 8/31/2012 | ECB | Telephone call with TR Jim Inghram re need for insurance on boat | 0.10<br>$300.00/ hr | $30.00 |
| 9/04/2012 | ECB | Email parties re receipt of original certificate of documentation (.1) Telephone call to Craig Duchow re acceptance of contract(.1) | 0.20<br>$300.00/ hr | $60.00 |
| 9/10/2012 | ECB | Meet with JMM and discuss outstanding issues re contract finalization, extension of closing date, procuring insurance and finalizing sale documents (.4) Conference call with JMM to broker Craig Duchow re need to extend closing date and status of ordering Abstract of Title (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 9/10/2012 | JMM | Meet with ECB and discuss outstanding issues re contract finalization, extension of closing date, procuring insurance and finalizing sale documents (.4) Conference call with ECB to broker Craig Duchow re need to extend closing date and status of ordering Abstract of Title (.2) | 0.60<br>$125.00/ hr | $75.00 |
| 9/10/2012 | JMM | Telephone call to Emily Tuzik @ State Farm re: Insurance on boat (.2); Follow-up Email to Emily re: Info on boat (.8) | 1.00<br>$125.00/ hr | $125.00 |
| 9/11/2012 | JMM | Email to Emily @ State Farm re: Insurance on Boat | 0.20<br>$125.00/ hr | $25.00 |

**Baldi Berg & Wallace, Ltd**  3/28/2013

White, Nancy - Trustee    Page    4

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/12/2012 | JMM | Email to Emily @ State Farm re: Conflicts with Buyer & Insurance | 0.20 $125.00/hr | $25.00 |
| 9/12/2012 | JMM | Drafted Email to Craig Duchow re: Final Boat Contract | 0.30 $125.00/hr | $37.50 |
| 9/17/2012 | ECB | Telephone call to boat broker C.Duchow re buyer's acceptance of extended closing date (.1) Email to Duchow and Ed White TR J. Inghram re approval of sale by J. Barbosa and timing for water test (.1) Email to broker to request executed copy of contract (.1) Arrange to place insurance for water test (.1) | 0.40 $300.00/hr | $120.00 |
| 9/18/2012 | ECB | Emails with J. Inghram and boat broker re preliminary test prior to buyer's water run | 0.10 $300.00/hr | $30.00 |
| 9/19/2012 | ECB | Arrange for broker to run splash and mechanical test prior to buyer inspection | 0.20 $300.00/hr | $60.00 |
| 9/19/2012 | JMM | Several TC's & Email's to Emily @ State Farm re: Secure Insurance on Boat | 0.60 $125.00/hr | $75.00 |
| 9/26/2012 | ECB | Teleconference with boat broker to confirm splash test and request abstract of title (.2) Emails to Broker and J. Inghram re tentative closing schedule and inspection (.3) | 0.50 $300.00/hr | $150.00 |
| 9/28/2012 | ECB | Telephone call to Craig Duchow re buyer's water test | 0.10 $300.00/hr | $30.00 |
| 9/28/2012 | ECB | Telephone call to boat broker re status of inspection and need for repairs to address leaking hydraulic fluid | 0.20 $300.00/hr | $60.00 |
| 10/03/2012 | ECB | Execute Certificate of Documentation and Bill of Sale for transfer of yacht | 0.10 $300.00/hr | $30.00 |
| 10/08/2012 | ECB | Email to Boat Broker re closing disbursements | 0.10 $300.00/hr | $30.00 |

**Baldi Berg & Wallace, Ltd**  3/28/2013

White, Nancy - Trustee          Page   5

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/09/2012 | ECB | Review broker's closing statement and prepare disbursement instructions (.3) Email to broker and co-owner re same (.1) | 0.40<br>$300.00/ hr | $120.00 |
| 10/23/2012 | ECB | Process refund of insurance premium and calculate split of cost between debtor's and ex-husband's estates (.2) Email to J. Inghram re same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80<br>$125.00/ hr | $100.00 |
| 10/30/2012 | JMM | Deposit Check into TCMS (.1) and Send to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/04/2013 | JMM | Imported Claims into TCMS (.1), Reviewed Proof of Claims Register (.1), Update TR database re same (.3) | 0.50<br>$125.00/ hr | $62.50 |

**Baldi Berg & Wallace, Ltd**                                              3/28/2013

White, Nancy - Trustee                                                     Page    6

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30<br>$195.00/ hr | $58.50 |
| 1/21/2013 | ECB | TC to estate's accountant re prep of 2012 estate tax returns (.1) Confer with staff re delivery of supporting documents for same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 1/22/2013 | ECB | Review email from J. Ingrham re potential value in schedule vacant lot adjacent to residence (.1) Review schedules and research recorder's office and assessor's office for same (.8) Prep response to Ingrham re same (.1) | 1.00<br>$300.00/ hr | $300.00 |
| 1/22/2013 | JMM | Review and approve claims (.2) | 0.20<br>$125.00/ hr | $25.00 |
| 1/23/2013 | JMM | Draft email to Accountant re: 2012 Taxes | 0.10<br>$125.00/ hr | $12.50 |
| 1/30/2013 | JMM | Update TR database to change judge | 0.10<br>$125.00/ hr | $12.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Disfigurement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg & Wallace, Ltd**                                    3/28/2013

White, Nancy - Trustee                                           Page    7

---

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 3/06/2013 | ECB | Open and verify Feb13 Bank Statement | 0.10 $325.00/hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/hr | $35.00 |
| 3/20/2013 | ECB | Review court docket (.1) and perform claims review (.3) in connection with case closing; Review and approve administrative fees (.2) TC with Accountant regarding lack of need to file return (.2) Confer with counsel re prep of final fee applications and case closing (.2) | 1.00 $325.00/hr | $325.00 |
| 3/27/2013 | RKP | Review case file for information and data needed to prepare Trustee final fee application and TFR (.4); update case system with information needed to prepare TFR and related documents (.6); prepare Trustee final fee application (1.3); prepare coversheet, proposed order and affidavit (.3); review and edit same (.3); draft TFR (1.0); NFR (.5). | 4.40 $195.00/hr | $858.00 |

|  |  |
|---|---|
| Total Fees | $5,499.00 |
| Total New Charges | $5,499.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,499.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 9.60 | $300.00 |
| Elizabeth C Berg | 1.30 | $325.00 |
| Jason M Manola | 9.40 | $125.00 |
| Jason M Manola | 0.60 | $175.00 |
| Ricki K Podorovsky | 4.70 | $195.00 |

**Trustee's Final Fee Application**                              **Nancy Jane White, Debtor**
                                                                 **Case No. 12-19098**

## Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Jane White, | ) | Case No. 12-19098 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook    )

    I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

    2.    I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

    3.    I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

    4.    Further affiant sayeth naught.

                                                _/s/ Elizabeth C. Berg_
                                                Elizabeth C. Berg

Subscribed and sworn to before me
on April 4, 2013

_/s/ Jason M Manola_
Notary Public

```
OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015
```

**Exhibit B**