UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Jane White, | ) | Case No. 12-19098 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 August 16, 2012

Period for Which
Compensation is sought:     August 9, 2012 to Close of Case

Amount of Fees sought:    $3,470.00

Amount of Expense
Reimbursement sought:     $166.01

This is an:    Interim Application __      Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| <u>Date Filed</u> | <u>Period Covered</u> | <u>(Fees & Expenses)</u> | <u>Allowed</u> |

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-_.

Dated:  April 2, 2013                    Baldi Berg & Wallace, Ltd.


By: ____/s/Elizabeth C. Berg_____
        Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Jane White, | ) | Case No. 12-19098 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Nancy Jane White, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of (1) $3,470.00 as final compensation for 13.90 hours of legal services rendered to the Trustee from August 9, 2012 through the close of this case and for reimbursement of expenses in the amount of $166.01.  In support thereof, BBW respectfully states as follows:

**Introduction**

1.      This case was commenced on May 10, 2012 by the filing of a voluntary petition under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's assets primary asset consisted of the Debtor's fifty percent interest in a motorboat described as 1989-37 foot Silverton yacht with motor ("Boat").  The Boat was owned jointly by the Debtor and her ex-husband.  Prior to the commencement of this case, the Debtor's ex-husband filed for chapter 7 bankruptcy protection in the Central District of Illinois ("Spouse's Case").  The Spouse's Case was pending during the administration of this case and Mr. Inghram was the chapter 7 trustee of the Spouse's Case.

4.      The Property was subject to a storage lien in favor of Southport Marina.

5.      The bar date for filing claims in this case was January 8, 2013.

### Retention of BBW

6.      On August 16, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

7.      The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

Elizabeth C. Berg – Partner
Ricki K. Podorovsky – Paralegal
Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

8.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BBW will file in this case.

### Services Rendered by BBW

9.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

10.     For the Court's convenience, BBW has segregated its services into three categories summarized below:

2

<u>General Administration</u>:  The services rendered by BBW in connection with this category include preparing this final fee application.

In connection with this category, BBW has expended 2.00 hours of services for which it requests compensation in the amount of $390.00.

<u>Retention of Professionals</u>:  In connection with this category, BBW prepared and presented the Trustee's Motions to Employ attorneys, accountants and a boat broker.

In connection with this category, BBW has expended 2.00 hours of services for which it requests compensation in the amount of $600.00.

<u>Sale of Assets</u>:  In connection with this category, BBW advised the Trustee as to the sale of the Boat including: analyzing and advising the Trustee as to sale of the Boat which was jointly owned and subject to the Spouse's Case; advising the Trustee as to the offer received for the purchase of the Boat and issues related thereto including, transfers of title; representing the Trustee in the negotiation of the contract for sale and preparation of the rider to the bankruptcy contract to protect the Estate's 50% interest in the sale proceeds; preparing and presenting the Trustee's Motion for Sale of the Boat including the corresponding notice to all creditors pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; preparing documents as required to consummate the sale of the Estate's interest in the boat; and preparing the Trustee's Report of Sale.  In connection with the foregoing, the Estate recovered gross proceeds of $12,500.00 for the benefit of the Estate's creditors.

In connection with this category, BBW has expended 9.90 hours of services for which it requests compensation in the amount of $2,646.01.

<strong>Compensation Requested</strong>

11.      In connection with the foregoing services described and categorized in paragraph ten above, BBW spent 13.90 hours for which it requests allowance of compensation in the amount of $3,470.00.

3

12.     All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.  In those instances where two attorneys (or attorney and paralegal) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

13.     The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14.     BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

15.     BBW has not previously received or been promised any payments for services rendered in this case.

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

4

### Reimbursement of Expenses

18.     BBW has incurred actual and necessary expenses totaling $166.01 in connection with the performance of the services described herein for which it requests reimbursement. The expenses primarily relate to the copying and postage for motions and pleadings filed with the Court, delivery charges for original documents and insurance premiums advanced to protect the Estate's interest in the Boat. A detailed itemization of the expenses for which BBW requests reimbursement is included within the billing statements attached hereto as Exhibit C.

### Status of the Case

19.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

20.     Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

21.     Trustee currently has approximately $9,500.00 on deposit in the Estate's bank account. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

22.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a partial distribution to general unsecured creditors.

### Trustee's Approval

23.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee,

requests the entry of an order providing the following:

A.     Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $3,470.00 for actual and necessary professional services rendered to the Trustee from August 9, 2012 through the closing of this case;

B.     Allowing to Baldi Berg & Wallace, Ltd. reimbursement of expenses in the amount of $166.01 for actual and necessary expenses incurred in the performance of services rendered to the Trustee in this case;

C.     Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D.     For such other and further relief as this Court deems appropriate.

Dated: April 2, 2013                      Baldi Berg & Wallace, Ltd.

                                          Attorneys for Elizabeth C. Berg, as trustee of the estate of Nancy Jane White, debtor

                                          By:_____/s/_____
                                                   Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

**Baldi Berg & Wallace**
**Final Fee Application**

**Nancy Jane White, Debtor**
**Case No. 12-19098**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-19098 |
| Nancy Jane White | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER EMPLOYING TRUSTEE'S ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Nancy Jane White, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  August 16, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg & Wallace, Ltd.**

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

## Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067                                          **FEIN:** 36-4352753

*Invoice submitted to:*                                          March 28, 2013
                                                                 Invoice No:   02180

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *White, Nancy - General Administration* | | | | | | | |
| | 2.00 | $390.00 | $0.00 | $390.00 | $0.00 | $0.00 | $390.00 |
| *White, Nancy - Retention of Professionals* | | | | | | | |
| | 2.00 | $600.00 | $0.00 | $600.00 | $0.00 | $0.00 | $600.00 |
| *White, Nancy - Sale of Boat* | | | | | | | |
| | 9.90 | $2,480.00 | $166.01 | $2,646.01 | $0.00 | $0.00 | $2,646.01 |
| | 13.90 | $3,470.00 | $166.01 | $3,636.01 | | | $3,636.01 |

# Baldi Berg & Wallace, Ltd

3/28/2013

White, Nancy - General Administration

Page    2

**In Reference to:**    *White, Nancy - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/27/2013 | RKP | Prepare BBW Final Fee Application (1.5); coversheet, proposed order and affidavit (.3); review and edit same (.2). | 2.00 $195.00/ hr | $390.00 |

| | | |
|---|---|---|
| Total Fees | | $390.00 |
| Total New Charges | | $390.00 |
| Previous Balance | | $0.00 |
| Balance Due | | $390.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Ricki K Podorovsky | 2.00 | $195.00 |

# Baldi Berg & Wallace, Ltd

3/28/2013

White, Nancy - Retention of Professionals

Page    3

**In Reference to:**   *White, Nancy - Retention of Professionals*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/09/2012 | ECB | Draft motion to Hire Attorneys, affidavit and proposed order for same | 0.50 $300.00/ hr | $150.00 |
| 8/09/2012 | ECB | Draft motion to Hire Accountants (.4) Send affidavit to accountant re same (.1) | 0.50 $300.00/ hr | $150.00 |
| 8/09/2012 | ECB | Revise Motion to Employ Boat Broker (.5) Revise order and affidavit for same (.2) | 0.70 $300.00/ hr | $210.00 |
| 8/15/2012 | ECB | Prepare for hearing on motions to hire attorneys, accountants & boat broker | 0.10 $300.00/ hr | $30.00 |
| 8/16/2012 | ECB | Court appearance for TR Motions to Hire Attorneys, Accountants, & Boat Broker | 0.20 $300.00/ hr | $60.00 |

|  |  |
|--|--|
| Total Fees | $600.00 |
| Total New Charges | $600.00 |
| Previous Balance | $0.00 |
| Balance Due | $600.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 2.00 | $300.00 |

# Baldi Berg & Wallace, Ltd

White, Nancy - Sale of Boat

**In Reference to:**    *White, Nancy - Sale of Boat*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/09/2012 | ECB | Email trustee for husband regarding news of husband's planned departure from state (.2) Research code sections on turnover and 363(h) and analyze options for sale of jointly owned Honda Odyssey (.3) | 0.50 $300.00/ hr | $150.00 |
| 8/27/2012 | ECB | Review offer for purchase of boat and advise Trustee re same (.1) Telephone call to broker re same (.1) Email to J. Ingrham, BK trustee for Ed White re same (.1) | 0.30 $300.00/ hr | $90.00 |
| 8/28/2012 | ECB | Draft bankruptcy rider to contract to sell boat (.5) Research Coast Guard rules re transfer of Certificate of Documentation (.2) Emails to counsel for Edward White re transfer of title and certificate of title (.2) | 0.90 $300.00/ hr | $270.00 |
| 8/28/2012 | ECB | Commence  preparation of Motion to Sell Boat | 0.80 $300.00/ hr | $240.00 |
| 8/28/2012 | JMM | Draft correspondence to Craig Duchow re: Boat Title | 0.30 $125.00/ hr | $37.50 |
| 8/29/2012 | ECB | Teleconference (.2) and email (.1) with boat broker re contract provisions regarding Sea Trial and survey, launch fees and off-board accessories | 0.30 $300.00/ hr | $90.00 |
| 8/29/2012 | ECB | Email to TR J. Inghram re provisions of motion to sell and additions to contract | 0.30 $300.00/ hr | $90.00 |
| 8/29/2012 | ECB | Complete drafting motion to sell boat (1.7) Prepare Rule 2002 notice to creditors (.3) Draft order authorizing sale of of boat and allocation of proceeds between BK estates (.6) Revise motion and order (.3) | 2.90 $300.00/ hr | $870.00 |

# Baldi Berg & Wallace, Ltd

3/28/2013

White, Nancy - Sale of Boat

Page    5

| Date | | Description | | |
|------|------|------|------|------|
| 8/29/2012 | JMM | Prepare service of Notice to Creditors of Sale of Boat (.3) Prepare filing and service of Motion for same (.3) | 0.60 $125.00/ hr | $75.00 |
| 8/31/2012 | ECB | Teleconference with TR Jim Inghram re potential need to extend closing date for sale | 0.10 $300.00/ hr | $30.00 |
| 9/12/2012 | JMM | Telephone call to Craig Duchow re: Conflict of new sales date with potential buyer | 0.20 $125.00/ hr | $25.00 |
| 9/12/2012 | JMM | Discuss w/ ECB re: Revised Sale Contract (.3), Teleconference (.2) & Email (.1) to Inghram re: Order & Revised Contract | 0.60 $125.00/ hr | $75.00 |
| 9/13/2012 | ECB | Attend court and present TR motion to sell boat | 0.10 $300.00/ hr | $30.00 |
| 10/03/2012 | ECB | Teleconference with Broker to confirm buyer approval (.1) Email to co-owner re execution of bill of sale and certificate of documentation (.1) Prepare letter of instruction to co-owner re execution of final documents and issuance of sale disbursement report by broker (.5) Compile documents for transmission to co-owner (.2) | 0.90 $300.00/ hr | $270.00 |
| 11/02/2012 | JMM | Drafted Report of Sale for Boat | 1.10 $125.00/ hr | $137.50 |

Total Fees    $2,480.00

## Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 9/11/2012 | Rule 2002 Notice (1 pg x 19 recipients) x .10 = | 1.00 @ /each | $1.90 |
| 9/11/2012 | Motion to Sell Boat (6 recipients x 4 pgs) x .10 = | 1.00 @ /each | $2.40 |
| 9/11/2012 | Rule 2002 Notice (19 recipients) & Motion to Sell Boat (6 recipients) = 25 recipients x .45 = | 1.00 @ /each | $11.25 |

# Baldi Berg & Wallace, Ltd

3/28/2013

White, Nancy - Sale of Boat

Page   6

| | | | |
|---|---|---|---|
| 10/03/2012 | Executed Certificate of Documentation to Trustee Inghram via FedEx Overnight | 1.00 @ /each | $22.42 |
| 10/09/2012 | Postage to co-owner of original title and other closing documents for execution | 1.00 @ /each | $22.42 |
| 10/23/2012 | Client Advance for Boat Insurance | 1.00 @ /each | $105.62 |

| | |
|---|---|
| Total Expenses | $166.01 |
| Total New Charges | $2,646.01 |
| Previous Balance | $0.00 |
| Balance Due | $2,646.01 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 7.10 | $300.00 |
| Jason M Manola | 2.80 | $125.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Nancy Jane White, Debtor**
**Case No. 12-19098**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nancy Jane White, | ) | Case No. 12-19098 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expense reimbursement in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on April 4, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**