UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WHITE, NANCY JANE § Case No. 12-19098
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 12-19098    CAD    Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, NANCY JANE | | Date Filed (f) or Converted (c): | 05/10/12 (f) |
| | | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 03/29/13 | | Claims Bar Date: | 01/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 100,500.00 | 0.00 | | 0.00 | FA |
| 734 Council Hill Road East Dundee, Illinois  62704 Only debtor's one-half share of value is stated. However, 100% of debt is stated. | | | | | |
| 2. Unimproved Real Estate | 0.00 | 0.00 | | 0.00 | FA |
| 734 Council Hill Road East Dundee, Illinois  62704 Only debtor's one-half share of value is stated. However, 100% of debt is stated. | | | | | |
| 3. Cash | 500.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 4. Financial Accts-Kane County Teacher Credit Union | 7.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank -- checking | 500.00 | 0.00 | | 0.00 | FA |
| 6. Fin'l Accts-Check Acct Kane Cty Teacher Cr Union | 34.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Books/Collectibles | 120.00 | 0.00 | | 0.00 | FA |
| 40 CDs | | | | | |
| 9. Books/Collectibles | 600.00 | 0.00 | | 0.00 | FA |
| 6 Hummel figurines | | | | | |
| 10. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Furs and Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| Mink Coat  (20 years old) | | | | | |
| 12. Furs and Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| Raccoon Coat | | | | | |
| 13. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| Gold and diamond ring | | | | | |
| 14. Pension, Retirement, Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| TRS Pension Plan | | | | | |
| 15. Vehicles | 1,186.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-19098 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, NANCY JANE | | | Date Filed (f) or Converted (c): | 05/10/12 (f) |
| | | | | 341(a) Meeting Date: | 07/16/12 |
| | | | | Claims Bar Date: | 01/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. Vehicles<br>2003 Ford Escape 117000 miles Poor condition - needs new tires Owned jointly with Edward White | 1,432.50 | 0.00 | | 0.00 | FA |
| 17. 1998 Mercedes SL500 Poor condition. Needs new con<br>2002 Honda Odyssey Owned jointly with Edward White | 2,008.00 | 0.00 | | 0.00 | FA |
| 18. 1989 371 Silverton Convertable Owned jointly with<br>1998 Mercedes SL500 Poor condition. Needs new convertible top. Owned jointly with Edward White | 15,000.00 | 12,500.00 | | 12,500.00 | FA |
| | | | | | |
| | | | | | |
| 21989 371 Silverton Convertable Owned jointly with Edward White | | | | | |

TOTALS (Excluding Unknown Values)     $126,237.50     $12,500.00     $12,500.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated viability of selling Debtor's 1/2 interest in 1989 37 foot powerboat jointly with bankruptcy estate of D's ex-husband. TR determined sufficient equity available for estate and hired boat broker. TR received offer and negotiated total sales price of $25,000. Sale was closed in early October, 2012. Trustee paid storage lien and broker's commission and collected $12,500.00 in gross proceeds for the estate. Trustee consulted with her Accountants and determined there were no Estate tax returns that were required to be filed. Trustee reviewed claims and prepared TFR.

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-19098 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | WHITE, NANCY JANE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8639  Checking Account |
| Taxpayer ID No: | *******6257 | | | |
| For Period Ending: | 03/29/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | 18 | CenterPointe Yacht Services LLC<br>700 South Water Street<br>Milwaukee, WI 53204 | Sale Proceeds - Boat | | 9,539.76 | | 9,539.76 |
| | | SOUTHPORT MARINA | Memo Amount:      (     1,560.24 )<br>Storage Lien | 4210-000 | | | |
| | | CENTERPOINTE YACHT SERVICE | Memo Amount:      (     1,400.00 )<br>Broker Commission | 2990-000 | | | |
| | | | Memo Amount:           12,500.00<br>Centerp | 1129-000 | | | |
| 10/29/12 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh  PA  15626 | 1/2 Insurance premium from co-owner | 1290-000 | 28.30 | | 9,568.06 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 7.91 | 9,560.15 |

| | | | Account *******8639 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2 | Deposits | 9,568.06 | 1 | Checks | 7.91 |
| | | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 12,500.00 | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 2,960.24 | | | Subtotal | $  9,568.06 | | | |
| | | | | | | | Total | $  7.91 |
| Memo Allocation Net: | 9,539.76 | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $  9,568.06 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-19098 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | WHITE, NANCY JANE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8639  Checking Account |
| Taxpayer ID No: | *******6257 | | |
| For Period Ending: | 03/29/13 | Blanket Bond (per case limit): | $  100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 29, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-19098  
Debtor Name: WHITE, NANCY JANE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $2,002.83 | $0.00 | $2,002.83 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $3,470.00 | $0.00 | $3,470.00 |
| 001<br>3120-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $166.01 | $0.00 | $166.01 |
| 999<br>2990-00 | Centerpointe Yacht Service | Administrative | Broker commission per court order 9/13/12 | $1,400.00 | $1,400.00 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Administrative | | $7.91 | $7.91 | $0.00 |
| | Subtotal for Class Administrative | | | $7,046.75 | $1,407.91 | $5,638.84 |
| 000001<br>070<br>7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $7,317.31 | $0.00 | $7,317.31 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $17,921.76 | $0.00 | $17,921.76 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $16,291.85 | $0.00 | $16,291.85 |
| | Subtotal for Class Unsecured | | | $41,530.92 | $0.00 | $41,530.92 |
| 050<br>4210-00 | Southport Marina | Secured | Storage lien awarded per court order 9/13/12 | $1,560.24 | $1,560.24 | $0.00 |
| | Subtotal for Class Secured | | | $1,560.24 | $1,560.24 | $0.00 |
| | Case Totals: | | | $50,137.91 | $2,968.15 | $47,169.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-19098
Case Name: WHITE, NANCY JANE
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Southport Marina | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Other: Centerpointe Yacht Service | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE