**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WHITE, NANCY JANE | § | Case No. 12-19098 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Mr. Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 19 S. Dearborn Street
> 7th Floor
> Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 11:15 a.m.
> on May 16, 2013
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner
                                           Clerk of the US Bankruptcy Court


*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

Certificate of Notice    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WHITE, NANCY JANE § Case No. 12-19098
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,528.30 |
| and approved disbursements of | $ | 2,968.15 |
| leaving a balance on hand of[1] | $ | 9,560.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Southport Marina | $ 1,560.24 | $ 1,560.24 | $ 1,560.24 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 9,560.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 2,002.83 | $ 0.00 | $ 2,002.83 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 3,470.00 | $ 0.00 | $ 3,470.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ 166.01 | $ 0.00 | $ 166.01 |
| Other: Centerpointe Yacht Service | $ 1,400.00 | $ 1,400.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 7.91 | $ 7.91 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

  Total to be paid for chapter 7 administrative expenses    $  5,638.84

  Remaining Balance    $  3,921.31

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 41,530.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 7,317.31 | $ 0.00 | $ 690.89 |
| 000002 | FIA CARD SERVICES, N.A. | $ 17,921.76 | $ 0.00 | $ 1,692.16 |
| 000003 | American Express Bank, FSB | $ 16,291.85 | $ 0.00 | $ 1,538.26 |

  Total to be paid to timely general unsecured creditors    $  3,921.31

  Remaining Balance    $  0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 12-19098-CAD
Nancy Jane White                                             Chapter 7
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0752-1         User: wepps            Page 1 of 2            Date Rcvd: Apr 25, 2013
                             Form ID: pdf006        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2013.
db          +Nancy Jane White,    734 Council Hill Road,    East Dundee, IL 60118-1009
19673992     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18891651    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18891653    +Bank Of America,   Po Box 982238,    El Paso, TX 79998-2238
18891654    +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18891655    +Beacon Hill Dental CAre,    2000 Larkin Avenue, Unit 204,    Elgin, IL 60123-5878
18891656   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
18891658    +Chase,   201 N Walnut Street,    Mailstop De1-1027,    Wilmington, DE 19801-2920
18891657    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18891659   #+Edward White,    72 Murphy Rd.,    Bushnell, IL 61422-9730
19620290     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18891660    +First Usa Bank N A,    1001 Jefferson Plaza,   Wilmington, DE 19801-1447
18891661    +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18891662    +Kane County Teacher C,    Po Box 1360,   Elgin, IL 60121-1360
18891663    +Leo Flanagan,   85 Market St.,    Elgin, IL 60123-5001
18891664    +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
18891666    +Michael Poper,    130 Cass Street,   Woodstock, IL 60098-3254
18891668    +Sears/Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
18891669    +Southport Marina,    21 56th Street,   Kenosha, WI 53140-3798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18891665    +E-mail/Text: bkr@cardworks.com Apr 26 2013 02:51:23     Merrick Bank,   PO Box 9201,
              Old Bethpage, NY 11804-9001
18891667    +E-mail/Text: bnc@nordstrom.com Apr 26 2013 02:46:18     Nordstrom Fsb,   Po Box 6565,
              Englewood, CO 80155-6565
19539794    +E-mail/Text: bnc@nordstrom.com Apr 26 2013 02:46:18     Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18891652   ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**                  **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: wepps                 Page 2 of 2                  Date Rcvd: Apr 25, 2013
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2013 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor    Bank of America, N.A. dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,  eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace, Ltd. bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven J Brody    on behalf of Debtor Nancy Jane White steve@sjbrodylaw.com,
           heather@sjbrodylaw.com
                                                                                                                              TOTAL: 6