**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WHITE, NANCY JANE | § | Case No. 12-19098 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,741.00 |
| Total Distributions to Claimants: 5,481.55 | Claims Discharged<br>Without Payment: 100,806.66 |
| Total Expenses of Administration: 7,046.75 | |

3) Total gross receipts of $ 12,528.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,528.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,306.00 | $ 1,560.24 | $ 1,560.24 | $ 1,560.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,046.75 | 7,046.75 | 7,046.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,259.05 | 41,530.92 | 41,530.92 | 3,921.31 |
| **TOTAL DISBURSEMENTS** | $ 441,565.05 | $ 50,137.91 | $ 50,137.91 | $ 12,528.30 |

4) This case was originally filed under chapter 7 on 05/10/2012 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2013 By:/s/Elizabeth C. Berg, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 12,500.00 |
| Other Receipts | 1290-000 | 28.30 |
| **TOTAL GROSS RECEIPTS** | | $ 12,528.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 336,606.00 | NA | NA | 0.00 |
| | Kane County Teacher C Po Box 1360 Elgin, IL 60121 | | 1,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SOUTHPORT MARINA | 4210-000 | NA | 1,560.24 | 1,560.24 | 1,560.24 |
| **TOTAL SECURED CLAIMS** | | | $ 338,306.00 | $ 1,560.24 | $ 1,560.24 | $ 1,560.24 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | 2100-000 | NA | 2,002.83 | 2,002.83 | 2,002.83 |
| INTL SURETIES | 2300-000 | NA | 7.91 | 7.91 | 7.91 |
| CENTERPOINTE YACHT SERVICE | 2990-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| BALDI BERG & WALLACE | 3110-000 | NA | 3,470.00 | 3,470.00 | 3,470.00 |
| BALDI BERG & WALLACE | 3120-000 | NA | 166.01 | 166.01 | 166.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,046.75 | $ 7,046.75 | $ 7,046.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 5,801.05 | NA | NA | 0.00 |
| | Beacon Hill Dental CAre 2000 Larkin Avenue, Unit 204 Elgin, IL 60123 | | 1,859.00 | NA | NA | 0.00 |
| | Cap One Po Box 85015 Richmond, VA 23285 | | 1,827.00 | NA | NA | 0.00 |
| | Chase 201 N Walnut Street Mailstop De1-1027 Wilmington, DE 19801 | | 11,762.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 12,211.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward White 72 Murphy Rd. Bushnell, IL 61422 | | 0.00 | NA | NA | 0.00 |
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 7,219.00 | NA | NA | 0.00 |
| | Leo Flanagan 85 Market St. Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 92.00 | NA | NA | 0.00 |
| | Merrick Bank PO Box 9201 Old Bethpage, NY 11804 | | 8,245.00 | NA | NA | 0.00 |
| | Michael Poper 130 Cass Street Woodstock, IL 60098 | | 1,500.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 10,681.00 | NA | NA | 0.00 |
| | Southport Marina 21 56th Street Kenosha, WI 53140 | | 2,000.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 16,061.00 | 16,291.85 | 16,291.85 | 1,538.26 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-000 | 17,161.00 | 17,921.76 | 17,921.76 | 1,692.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NORDSTROM FSB | 7100-000 | 6,840.00 | 7,317.31 | 7,317.31 | 690.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 103,259.05 | $ 41,530.92 | $ 41,530.92 | $ 3,921.31 |

**FORM 1 - WHITE**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-19098 CAD Judge: CAROL A. DOYLE
Case Name: WHITE, NANCY JANE

For Period Ending: 06/21/13

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 05/10/12 (f)
341(a) Meeting Date: 07/16/12
Claims Bar Date: 01/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>734 Council Hill Road East Dundee, Illinois 62704 Only debtor's one-half share of value is stated. However, 100% of debt is stated. | 100,500.00 | 0.00 | | 0.00 | FA |
| 2. Unimproved Real Estate<br>734 Council Hill Road East Dundee, Illinois 62704 Only debtor's one-half share of value is stated. However, 100% of debt is stated. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash<br>Cash | 500.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accts-Kane County Teacher Credit Union | 7.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank -- checking | 500.00 | 0.00 | | 0.00 | FA |
| 6. Fin'l Accts-Check Acct Kane Cty Teacher Cr Union | 34.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Books/Collectibles<br>40 CDs | 120.00 | 0.00 | | 0.00 | FA |
| 9. Books/Collectibles<br>6 Hummel figurines | 600.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Furs and Jewelry<br>Mink Coat (20 years old) | 300.00 | 0.00 | | 0.00 | FA |
| 12. Furs and Jewelry<br>Raccoon Coat | 50.00 | 0.00 | | 0.00 | FA |
| 13. Furs and Jewelry<br>Gold and diamond ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Pension, Retirement, Profit Sharing<br>TRS Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 15. Vehicles | 1,186.00 | 0.00 | | 0.00 | FA |

FORM 1 - WHITE

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES



Exhibit 8

Case No: 12-19098 CAD Judge: CAROL A. DOYLE

Case Name: WHITE, NANCY JANE

Trustee Name: Elizabeth C. Berg, Trustee

Date Filed (f) or Converted (c): 05/10/12 (f)

341(a) Meeting Date: 07/16/12

Claims Bar Date: 01/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2003 Ford Escape 117000 miles Poor condition - needs new tires Owned jointly with Edward White | | | | | |
| 16. Vehicles | 1,432.50 | 0.00 | | 0.00 | FA |
| 2002 Honda Odyssey Owned jointly with Edward White | | | | | |
| 17. 1998 Mercedes SL500 Poor condition. Needs new con | 2,008.00 | 0.00 | | 0.00 | FA |
| 1998 Mercedes SL500 Poor condition. Needs new convertible top. Owned jointly with Edward White | | | | | |
| 18. 1989 371 Silverton Convertable Owned jointly with | 15,000.00 | 12,500.00 | | 12,500.00 | FA |
| 21989 371 Silverton Convertable Owned jointly with Edward White | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $126,237.50 | $12,500.00 | | $12,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated viability of selling Debtor's 1/2 interest in 1989 37 foot powerboat jointly with bankruptcy estate of D's ex-husband. TR determined sufficient equity available for estate and hired boat broker. TR received offer and negotiated total sales price of $25,000. Sale was closed in early October, 2012. Trustee paid storage lien and broker's commission and collected $12,500.00 in gross proceeds for the estate. Trustee consulted with her Accountants and determined there were no Estate tax returns that were required to be filed. Trustee reviewed claims and prepared TFR.

Initial Projected Date of Final Report (TFR): 06/30/13 Current Projected Date of Final Report (TFR): 06/30/13

/s/ Elizabeth C. Berg, Trustee

**FORM 1 - WHITE**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-19098 CAD Judge: CAROL A. DOYLE
Case Name: WHITE, NANCY JANE

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 05/10/12 (f)
341(a) Meeting Date: 07/16/12
Claims Bar Date: 01/03/13

______________________________ Date: 06/21/13

ELIZABETH C. BERG, TRUSTEE

FORM 2 - WHITE

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-19098 -CAD
Case Name: WHITE, NANCY JANE

Taxpayer ID No: *******6257
For Period Ending: 06/21/13

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******8639 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | 18 | CenterPointe Yacht Services LLC<br>700 South Water Street<br>Milwaukee, WI 53204 | Sale Proceeds - Boat | | 9,539.76 | | 9,539.76 |
| | | SOUTHPORT MARINA | Memo Amount: ( 1,560.24 )<br>Storage Lien | 4210-000 | | | |
| | | CENTERPOINTE YACHT SERVICE | Memo Amount: ( 1,400.00 )<br>Broker Commission | 2990-000 | | | |
| | | | Memo Amount: 12,500.00<br>Centerp | 1129-000 | | | |
| 10/29/12 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh PA 15626 | 1/2 Insurance premium from co-owner | 1290-000 | 28.30 | | 9,568.06 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 7.91 | 9,560.15 |
| 05/21/13 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Final Compensation | 2100-000 | | 2,002.83 | 7,557.32 |
| 05/21/13 | 001003 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR Attorneys<br>Final Compensation | 3110-000 | | 3,470.00 | 4,087.32 |
| 05/21/13 | 001004 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR Attorneys Expenses | 3120-000 | | 166.01 | 3,921.31 |
| 05/21/13 | 001005 | Nordstrom fsb<br>P.O. Box 6566 | Claim 000001, Payment 9.44186% | 7100-000 | | 690.89 | 3,230.42 |
| | | | | Page Subtotals | 9,568.06 | 6,337.64 | |

Ver: 16.05c

FORM 2 - WHITE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 12-19098 -CAD
Case Name: WHITE, NANCY JANE

Taxpayer ID No: *******6257
For Period Ending: 06/21/13

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******8639 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Englewood, CO 80155 | | | | | |
| 05/21/13 | 001006 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000002, Payment 9.44193% | 7100-000 | | 1,692.16 | 1,538.26 |
| 05/21/13 | 001007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 9.44190% | 7100-000 | | 1,538.26 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 12,500.00 |
| Memo Allocation Disbursements: | 2,960.24 |
| Memo Allocation Net: | 9,539.76 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 9,568.06 | 9,568.06 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,568.06 | 9,568.06 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,568.06 | 9,568.06 | |

| | |
|---|---|
| Total Allocation Receipts: | 12,500.00 |
| Total Allocation Disbursements: | 2,960.24 |
| Total Memo Allocation Net: | 9,539.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8639 | 9,568.06 | 9,568.06 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 9,568.06 | 9,568.06 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 3,230.42 |